UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Marie-Claire Balea,<br><br>　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>Sarah Elise, LLC,<br><br>　　　　　　　　Defendant. | 26-CV-733 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Clerk of Court is respectfully directed to close this case because it was voluntarily dismissed with prejudice. Dkt. 10.

SO ORDERED.

Dated: April 22, 2026
　　　　New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge